STATE OF NEW JERSEY v. JOHN L. DUKES.

October 1, 1974. Petition for certification denied.

RICHARD J. ZELENKA v.
B. P. O. E. OF THE UNITED STATES OF AMERICA.

October 1, 1974. Petition for certification denied. (See 129 *N. J. Super.* 379)

STATE OF NEW JERSEY v. STANLEY M. THOMPSON.

October 1, 1974. Petition for certification denied.

STANLEY WICKS v. THE CENTRAL RAILROAD COMPANY.

October 1, 1974. Petition for certification denied. (See 129 *N. J. Super.* 145)

STATE OF NEW JERSEY v. SALVATORE RANDAZZO.

October 1, 1974. Petition for certification denied.

FEDERAL PAPER BOARD CO. v. BOROUGH OF BOGOTA.

October 1, 1974. Petition for certification denied. (See 129 *N. J. Super.* 308)